IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASHMINDAR JEET SINGH,

    Petitioner,                     No. CIV S-09-1453 GEB GGH P

    vs.

MICHAEL MARTEL, Warden,

    Respondent.

                               /

JASMEEL MANOJ KUMAR,

    Petitioner,                     No. CIV S-09-2455 JAM KJN P

    vs.

JAMES YATES,

    Respondent.                     <u>NON-RELATED CASE ORDER</u>

                               /

        The court has received the Notice of Related Cases concerning the above-captioned cases filed on April 27, 2010. <u>See</u> Local Rule 123, E.D. Cal. (1997). The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines

/////

/////

to do so.  Although a few of the many claims raised in each petition are very similar, one or two even identical, the majority of issues raised in one petition bears no relationship with the grounds raised in the other. This order is issued for informational purposes only, and shall have no effect on the status of the cases.

　　　　IT IS SO ORDERED.

DATED: May 10, 2010

　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
sing1453.nonrel